IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chris Vail,<br><br>             Plaintiff,<br><br>v.<br><br>The Hartford,<br><br>             Defendant. | No. 17-CV-00273-TUC-FRZ<br><br>**ORDER** |

The parties have filed a joint stipulation to dismiss this case "with prejudice, each party to beat its own costs and attorneys' fees." *See* Doc. 34.

Accordingly, IT IS ORDERED that the Stipulation (Doc. 34) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment and close this civil action.

Dated this 26th day of June, 2018.

_____
Honorable Frank R. Zapata
Senior United States District Judge